| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
Esperanza Gamez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00174-AWI |
|---|---|
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| ESPERANZA GAMEZ, | Hon. Anthony W. Ishii |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kimberly Sanchez, as well as United States Probation Officer Adrian Garcia, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice.

On July 7, 2011, Esperanza Gamez pled guilty to one count of importation of a controlled

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

substance. On August 15, 2011, Ms. Gamez was sentenced 68 months in custody followed by a 60-month term of supervised release. Her supervision commenced on March 2, 2015 and she currently is on low-risk supervision.

Having completed 42 months of supervision with no violations, Ms. Gamez has been gainfully employed almost the entire time in a variety of jobs in the hospitality and health care industries. Ms. Gamez has used her constant employment and resources of the United States Probation office to maintain her sobriety, even going so far as to request mental health treatment from her probation officer. Ms. Gamez hopes that early termination will allow her to go back to school and reenter the professional workforce and obtain a better job.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Ms. Gamez and in the interests of justice and both the government and probation have no opposition to this request.

HEATHER E. WILLIAMS
Federal Defender

DATED: September 18, 2018   /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
JESUS RIOS, JR.,

**O R D E R**

Esperanza Gamez is hereby discharged from supervised release, effective immediately, on case 1:15-cr-00174-AWI.

IT IS SO ORDERED.

Dated: ___September 18, 2018___         _____/s/_____
                                          SENIOR DISTRICT JUDGE

Gamez – Unopposed Motion for Early
Termination of Supervised Release